Same case below, 334 Fed. Appx. 549.

**No. 09-8825. Charles E. Daniels, Petitioner v. United States.**

559 U.S. 1040, 130 S. Ct. 2068, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2832.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 345 Fed. Appx. 527.

**No. 09-8826. Johnny Copeland, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

559 U.S. 1040, 130 S. Ct. 2068, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2822.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8827. Minh Phouc Chung, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1040, 130 S. Ct. 2084, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2922.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8829. Gregory L. Donald, Petitioner v. Todd Schultz, et al.**

559 U.S. 1040, 130 S. Ct. 2068, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2809.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8830. Lee Michael Sterhan, Petitioner v. Michigan.**

559 U.S. 1040, 130 S. Ct. 2068, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2880.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

**No. 09-8837. Ronald Anderson, Petitioner v. Barry McClemore, Warden.**

559 U.S. 1040, 130 S. Ct. 2069, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2877.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8845. Buddy Lee Criner, Petitioner v. Todd Bouton, et al.**

559 U.S. 1040, 130 S. Ct. 2069, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2805.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8847. Robert Raymond Robinson, Jr., Petitioner v. George Hinkle, Warden.**

559 U.S. 1040, 130 S. Ct. 2069, 176 L. Ed. 2d 420, 2010 U.S. LEXIS 2826.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 517.